IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORBY SARGENT,

      Petitioner,                   No. CIV S-10-2249 MCE EFB P

   vs.

MICHAEL MARTELL,

      Respondent.               <u>ORDER</u>

_____/

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.[1]

      A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

      Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

////

/////

---

[1] The petition was transferred to this court from the U.S. Court of Appeals for the Ninth Circuit. Petitioner sought authorization from the Ninth Circuit to file a second or successive petition. The Ninth Circuit denied petitioner's request as unnecessary and transferred the petition to this court for filing as an original habeas petition. Dckt. No. 1 at 1.

1

1     Within 30 days from the day this order is served, petitioner may submit either the filing
2 fee or the application required by section 1915(a). Petitioner's failure to comply with this order
3 will result in a recommendation that this action be dismissed. The Clerk of the Court is directed
4 to mail to petitioner a form application for leave to proceed *in forma pauperis*.
5     So ordered.
6 Dated: October 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2