1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CORBY SARGENT,

11              Petitioner,              No. CIV S-10-2249 MCE EFB P

12       vs.

13   MICHAEL MARTEL,

14              Respondent.              <u>ORDER</u>

15   _____/

16       Petitioner seeks a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  On January 20, 2011,

17   respondent filed a motion to dismiss on the ground that the petition is barred by the applicable

18   statute of limitations.  Petitioner has not filed an opposition or a statement of no opposition to

19   respondent's motion to dismiss.

20       A responding party's failure "to file written opposition or to file a statement of no

21   opposition may be deemed a waiver of any opposition to the granting of the motion and may

22   result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

23   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

24   Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action

25   with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See*

26   *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that, within twenty-one days of the date of this order, petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.  Failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

Dated:  March 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE